IN RE CERTAIN INQUEST MINUTES, No. 245-79A

July 24, 1979. The Petition for Authorization for Limited Disclosure filed in this matter by the State of Vermont on July 6, 1979, is separate and distinct from the appeal taken by the State of Vermont on July 5, 1979 (docket no. 245-79), and is hereby assigned docket no. 245-79A.

Said Petition is hereby denied for failure to demonstrate the lack of adequate remedy in the Superior Court. V.R.A.P. 21(b).

Leroy NULL v. District Judge Alden T. BRYAN and District Judge William E. Mikell, No. 254-79

July 24, 1979. Intervenor's motion to withdraw is granted.

John BLOCH, Peter Diamondstone, Earl Gardner and Kenneth Bartlett v. John A. BURGESS and Ernest W. Gibson III, No. 150-78

August 15, 1979. Appeal dismissed for failure to comply with the order of July 10, 1979.

Fabian G. MOELLER v. VERMONT LAW SCHOOL, INC., No. 196-78

August 15, 1979. Appeal dismissed for failure to comply with the order dated July 10, 1979.

IN RE FIREFIGHTERS OF BRATTLEBORO, Vermont, Local #2628; and Brattleboro Fire Department, Town of Brattleboro, Nos. 238-78 and 284-78

August 15, 1979. Appeals dismissed for failure to comply with the orders of July 10, 1979.

Beatrice J. POULIN v. Ronald J. POULIN, No. 9-79

August 15, 1979. Appeal dismissed for failure to comply with the order dated June 22, 1979.

TOWN OF WESTMINSTER and Virginia Ruppe v. Judson B. HALL, No. 211-79

August 15, 1979. There being no provision in the Vermont Rules of Appellate Procedure for findings of fact, the motion for findings of fact is denied. To the extent that the motion requests suspension of the Rules pursuant to V.R.A.P. 2 for entry of findings of fact, the motion is also denied.

The motion for "Opinions of law" concerning the Court's entry of July 10, 1979, is denied.